ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITHUN RAJANNA,<br>Plaintiff,<br>v.<br>MARCO RUBIO, et al.,<br>Defendants. | CASE NO. 2:26-CV-01768-WBS-CKD<br><br>ORDER ON DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF EDCA LR 233 |

Upon consideration of Defendants' Motion for Administrative Relief and good cause shown, the Court hereby Orders as follows:

All current deadlines and proceedings associated with Defendants' Motion to Dismiss (ECF 8) are hereby extended and vacated for a period of approximately forty-five (45) days, as follows

1. The hearing on Defendants' Motion to Dismiss is hereby vacated;
2. The current Joint Scheduling Conference shall be continued for a similar period of time;
3. The new deadline for Defendants to file a Reply is August 21, 2026; and
4. Defendants shall file a status report on or before September 15, 2026, should the case still be pending.

IT IS SO ORDERED.

Dated: August 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE