ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITHUN RAJANNA,<br>Plaintiff,<br>v.<br>MARCO RUBIO, et al.,<br>Defendants. | CASE NO. 2:26-CV-01768-WBS-CKD<br><br>ORDER ON STIPULATION FOR SECOND STAY OF PENDING MOTION TO DISMISS AND EXTENSION OF ASSOCIATED PROCEEDINGS AND DEADLINES |

Upon consideration of the Parties' Stipulation for Stay of Pending Motion to Dismiss (ECF 8) and Extension of Associated Proceedings and Deadlines, the Court hereby Orders as follows:

All current hearing and deadlines associated with Defendants' Motion to Dismiss (ECF 8) are hereby stayed and extended for a period of approximately thirty (30) days, as follows:

1. The new deadline for Defendants to file a Reply to Plaintiff's Opposition is October 21, 2026;
2. The hearing on Defendants' Motion to Dismiss is hereby extended to December 7, 2026, 2026; and
3. The current Joint Scheduling Conference shall be continued to January 25, 2027.

///

///

///

///

IT IS SO ORDERED.

Dated: September 25, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE